UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-62785-CIV-SMITH

ARAMARK UNIFORM & CAREER APPAREL, INC.,

    Plaintiff,

v.

TEAMSTERS LOCAL 769,

    Defendant.

_____/

### ORDER DISMISSING CASE WITH PREJUDICE

THIS MATTER is before the Court on the parties' Joint Notice of Settlement and Stipulation of Dismissal with Prejudice [DE 10]. It is

**ORDERED** that

1. This case is **DISMISSED WITH PREJUDICE**.

2. Each party shall bear its own attorneys' fees and costs.

3. All pending motions not otherwise ruled on are **DENIED AS MOOT**.

4. This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 3rd day of January 2020.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: counsel of record